GEORGE S. LEVY, Appellant, *v.* EDWIN J. BUTTERFIELD, Respondent.

(Argued April 3, 1877; decided April 10, 1877.)

*Max C. Huebner*, for appellant.

*De Witt C. Brown*, for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.